UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| M.F., individually and on behalf of minor child J.C.M., an individual with a disability | ) ) ) ) | CASE NO. 1:23-cv-02308-PAB |
| | ) | JUDGE PAMELA A. BARKER |
| Plaintiffs | ) ) | |
| v. | ) ) | **DEFENDANT CLEVELAND METROPOLITAN SCHOOL DISTRICT'S UNOPPOSED MOTION FOR LEAVE TO PLEAD OR OTHERWISE RESPOND TO COMPLAINT** |
| CLEVELAND METROPOLITAN SCHOOL DISTRICT | ) ) ) | |
| Defendant | ) ) ) | |

Defendant Cleveland Metropolitan School District ("Defendant" or the "District"), by and through counsel, respectfully moves this Honorable Court for a 30-day extension of time, up to and including February 29, 2024, in which to respond to the Complaint of Plaintiffs M.F. and J.C.M. ("Plaintiffs"). The current deadline to respond to the Complaint is January 30, 2024. The undersigned counsel has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this request for additional time.

Good cause exists for this extension and the filing of this Motion is not being made for purposes of delay. Lead counsel for the District missed a significant amount work in December and early January due to illness. In addition, leave is being sought due to the press of other business. Defendant therefore respectfully requests that the Court grant it leave of 30 days, until February 29, 2024, to plead or otherwise respond to the Complaint.

128220599v1

Dated: January 24, 2024	Respectfully submitted,

/s/ *William D. Edwards*
William D. Edwards (0062861)
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
One Indiana Square Suite 3500
Indianapolis, IN  46204-2023
Telephone:	(317) 713-3500
Facsimile:	(317) 713-3699
WDEdwards@taftlaw.com

*Counsel for Defendant Cleveland Metropolitan School District*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2024 the foregoing document was filed using the court's CM/ECF system, which will send electronic notification of the filing to all counsel of record.

/s/ *William D. Edwards*

*Counsel for Defendant Cleveland Metropolitan School District*